UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Rebecca M. Lozano, Debtor(s)

Case No.: __20-16034 JNP__

Chapter: __13__

Hearing Date: __N/A__

Judge: __Jerrold N. Poslusny J__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Notice of Mortgage Forbearance (doc 46) filed 12/06/2021.

_____

Date: 01/28/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*