Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  20−16034−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rebecca M. Lozano
   417 Old Erial Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2091

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 3, 2021.

On June 10, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                July 20, 2022
Time:                 09:00 AM
Location:                4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 13, 2022
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 20-16034-JNP

Rebecca M. Lozano                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 3
Date Rcvd: Jun 13, 2022                       Form ID: 185                          Total Noticed: 51

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca M. Lozano, 417 Old Erial Road, Sicklerville, NJ 08081-9302 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518817617 | + | ADT Security Service, 3696 Ulmerton Rd, Audit Systems Inc, Clearwater, FL 33762-4200 |
| 518817618 | + | Alantic City Expressway, P.O Box 4971, Trenton, NJ 08650-4971 |
| 518817622 | | Citibank, 10965 Decatur Road, c/o: Academy Collection Service, Philadelphia, PA 19154-3210 |
| 518817627 | + | Diagnostic Pathology Consultants, 520 E. 22nd Street, Lombard, IL 60148-6110 |
| 518817630 | | Emerg Phy Assoc Of S Jersey, 2620 Ridgewood Rd Ste 300, Akron Billing Center, Akron, OH 44313-3527 |
| 518817635 | | Majestic Lake Financial, 635 East Hwy 20 K, Upper Lake, CA 95485 |
| 518817636 | | Mariner Finance, 5854 Rt 42 Plaza 42, TUrnersville, NJ 08012 |
| 518817638 | + | Nationwide MHC LLC, 2015 SPRING RD, STE 600, Oak Brook, IL 60523-3907 |
| 519070066 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 518817639 | + | New Jersey Turnpike Authority, PO Box 52005, Newark, NJ 07101-8205 |
| 518817640 | + | Occidental Life insurance company of NC, P.O Box 2595, Waco, TX 76702-2595 |
| 518817642 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518817643 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518817645 | | Verizon, PO Box, Albany, NY 12212 |
| 518817647 | + | Virtua Health, 2000 Crawford Place Suite 100, Mount Laurel, NJ 08054-3920 |
| 518817648 | + | Winslow Township Water & Sewer, 125 Route 73 South, Braddock, NJ 08037-9423 |

TOTAL: 18


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518817619 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 13 2022 20:42:00 | Boscov's, PO Box 17642, Baltimore, MD 21297-1642 |
| 518817620 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 20:47:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518817621 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 20:46:41 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518831708 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2022 20:47:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518853475 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:47:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518817623 | + | Email/Text: mediamanagers@clientservices.com | Jun 13 2022 20:42:00 | Client Services, 3451 Harry Truman Blvd, St Charles, MO 63301-9816 |
| 518817624 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2022 20:43:00 | Comenity Bank, Po Box 182273, Columbus, OH |

District/off: 0312-1                                  User: admin                                  Page 2 of 3

Date Rcvd: Jun 13, 2022                              Form ID: 185                              Total Noticed: 51

43218-2273

| 518817625 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|---|---|---|---|---|
| | | | Jun 13 2022 20:43:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 519523980 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 13 2022 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519523979 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 13 2022 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 518817629 | + | Email/Text: Bankruptcy.Consumer@dish.com | | |
| | | | Jun 13 2022 20:43:00 | DISH Network, Attn: Privacy, PO Box 9033, Littleton, CO 80160-9033 |
| 518817634 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2022 20:58:22 | Macy's, PO Box 183083, Columbus, OH 43218-3083 |
| 518817626 | + | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jun 13 2022 20:43:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518875653 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jun 13 2022 20:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518817628 | + | Email/Text: Bankruptcy.Consumer@dish.com | | |
| | | | Jun 13 2022 20:43:00 | Dish Network, PO Box 6631, Englewood, CO 80155-6631 |
| 518873076 | ^ | MEBN | | |
| | | | Jun 13 2022 20:41:19 | Emergency Physicians Associates of S Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518817631 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | | Jun 13 2022 20:43:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518817632 | ^ | MEBN | | |
| | | | Jun 13 2022 20:41:53 | HRRG, PO BOX 8486, Coral Springs, FL 33075-8486 |
| 518817633 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jun 13 2022 20:42:00 | Kohls, N56 W17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 518864228 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | | |
| | | | Jun 13 2022 20:43:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518817637 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Jun 13 2022 20:43:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518831212 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Jun 13 2022 20:43:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518817641 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jun 13 2022 20:42:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518875594 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jun 13 2022 20:42:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518865917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 13 2022 20:47:32 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518860816 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jun 13 2022 20:43:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518817644 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2022 20:58:19 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518873559 | + | Email/Text: chegyi@winslowtownship.com | | |
| | | | Jun 13 2022 20:43:00 | Township of Winslow, Attn Winslow Tax Collector, 125 South Route 73, Braddock, NJ 08037-9422 |
| 518877044 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jun 13 2022 20:47:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518817646 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 185 | Total Noticed: 51 |

|  |  | Jun 13 2022 20:43:00 | Victoria's Secret, Po Box 659728, San Antonio, TX 78265-9728 |
|---|---|---|---|
| 518817649 | Email/Text: documentfiling@lciinc.com | | |
|  |  | Jun 13 2022 20:42:00 | Xfinity Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518874847 | *+ | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Rebecca M. Lozano jjresq@comcast.net  jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5