| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Rebecca M. Lozano**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2091<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   20–16034–JNP | |

## Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Rebecca M. Lozano

10/17/23                                                        **By the court:** Jerrold N. Poslusny Jr.
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 20-16034-JNP
Rebecca M. Lozano                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                                  Page 1 of 4
Date Rcvd: Oct 17, 2023                     Form ID: 3180W                           Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol  Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca M. Lozano, 417 Old Erial Road, Sicklerville, NJ 08081-9302 |
| aty | ++++ | ASHLEY M. PASCUZZI, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, Ashley M. Pascuzzi, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518817617 | + | ADT Security Service, 3696 Ulmerton Rd, Audit Systems Inc, Clearwater, FL 33762-4200 |
| 518817618 | + | Alantic City Expressway, P.O Box 4971, Trenton, NJ 08650-4971 |
| 518817622 | | Citibank, 10965 Decatur Road, c/o: Academy Collection Service, Philadelphia, PA 19154-3210 |
| 518817627 | + | Diagnostic Pathology Consultants, 520 E. 22nd Street, Lombard, IL 60148-6110 |
| 518817630 | | Emerg Phy Assoc Of S Jersey, 2620 Ridgewood Rd Ste 300, Akron Billing Center, Akron, OH 44313-3527 |
| 519708513 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 519708514 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015, Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300 Bannockburn,New Jersey 60015-1831 |
| 518817635 | | Majestic Lake Financial, 635 East Hwy 20 K, Upper Lake, CA 95485 |
| 518817636 | | Mariner Finance, 5854 Rt 42 Plaza 42, TUrnersville, NJ 08012 |
| 518817638 | + | Nationwide MHC LLC, 2015 SPRING RD, STE 600, Oak Brook, IL 60523-3907 |
| 519070066 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 518817639 | + | New Jersey Turnpike Authority, PO Box 52005, Newark, NJ 07101-8205 |
| 518817640 | + | Occidental Life insurance company of NC, P.O Box 2595, Waco, TX 76702-2595 |
| 518817642 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518817645 | | Verizon, PO Box, Albany, NY 12212 |
| 518817647 | + | Virtua Health, 2000 Crawford Place Suite 100, Mount Laurel, NJ 08054-3920 |
| 518817648 | + | Winslow Township Water & Sewer, 125 Route 73 South, Braddock, NJ 08037-9423 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 17 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 17 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518817619 | | EDI: HFC.COM | Oct 18 2023 00:46:00 | Boscov's, PO Box 17642, Baltimore, MD 21297-1642 |
| 518817620 | + | EDI: CAPITALONE.COM | Oct 18 2023 00:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518817621 | + | EDI: CAPITALONE.COM | Oct 18 2023 00:47:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518831708 | + | EDI: AIS.COM | Oct 18 2023 00:47:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518853475 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 20-16034-JNP    Doc 79    Filed 10/19/23    Entered 10/20/23 00:16:24    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 17, 2023 | Form ID: 3180W | Total Noticed: 55 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 17 2023 20:59:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518817623 | + | Email/Text: mediamanagers@clientservices.com | Oct 17 2023 20:56:00 | Client Services, 3451 Harry Truman Blvd, St Charles, MO 63301-9816 |
| 518817624 | + | EDI: WFNNB.COM | Oct 18 2023 00:47:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 518817625 | | EDI: WFNNB.COM | Oct 18 2023 00:47:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 519523980 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2023 20:57:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519523979 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2023 20:57:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 518817629 | + | EDI: DISH | Oct 18 2023 00:47:00 | DISH Network, Attn: Privacy, PO Box 9033, Littleton, CO 80160-9033 |
| 518817634 | | EDI: CITICORP.COM | Oct 18 2023 00:47:00 | Macy's, PO Box 183083, Columbus, OH 43218-3083 |
| 518817626 | + | EDI: Q3G.COM | Oct 18 2023 00:47:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518875653 | | EDI: Q3G.COM | Oct 18 2023 00:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518817628 | + | EDI: DISH | Oct 18 2023 00:47:00 | Dish Network, PO Box 6631, Englewood, CO 80155-6631 |
| 518873076 | | Email/Text: BNCnotices@dcmservices.com | Oct 17 2023 20:57:00 | Emergency Physicians Associates of S Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518817631 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 17 2023 20:57:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518817632 | ^ | MEBN | Oct 17 2023 20:50:28 | HRRG, PO BOX 8486, Coral Springs, FL 33075-8486 |
| 518817633 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2023 20:56:00 | Kohls, N56 W17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 518864228 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Oct 17 2023 20:57:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518817637 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 17 2023 20:57:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518831212 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 17 2023 20:57:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518817641 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2023 20:56:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518875594 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2023 20:56:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518865917 | | EDI: PRA.COM | Oct 18 2023 00:47:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518860816 | | EDI: Q3G.COM | Oct 18 2023 00:47:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518817643 | ^ | MEBN | Oct 17 2023 20:50:54 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518817644 | + | EDI: CITICORP.COM | | |

Case 20-16034-JNP    Doc 79    Filed 10/19/23    Entered 10/20/23 00:16:24    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2023 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 18 2023 00:47:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518873559 | + | Email/Text: chegyi@winslowtownship.com | Oct 17 2023 20:57:00 | Township of Winslow, Attn Winslow Tax Collector, 125 South Route 73, Braddock, NJ 08037-9422 |
| 518877044 | + | EDI: AIS.COM | Oct 18 2023 00:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518817646 | | EDI: WFNNB.COM | Oct 18 2023 00:47:00 | Victoria's Secret, Po Box 659728, San Antonio, TX 78265 |
| 518817649 | | EDI: COMCASTCBLCENT | Oct 18 2023 00:46:00 | Xfinity Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 519680237 | + | Email/Text: ecfnotices@grosspolowy.com | Oct 17 2023 20:56:00 | of Nationstar Mortgage LLC dba Mr. Cooper as servi, c/o Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221-7093 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518874847 | *+ | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper as servicing agent for Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC ecfnotices@grosspolowy.com |
| Barbara J. Snavely | on behalf of Debtor Rebecca M. Lozano jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 17, 2023 | Form ID: 3180W | Total Noticed: 55 |

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7